# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                    Plaintiff,<br>v.<br><br>ZATKOFF SEALS & PACKAGING,<br><br>                    Defendant. | Adv. Proc. No. 25-50322 (KBO)<br><br>**Re: Adv. D.I. 1** |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Zatkoff Seals & Packaging (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 14, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summons to the Complaint on April 21, 2025 [Adv. D.I. 3].

3. Defendant's deadline to respond to the Complaint is May 21, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4.     The parties agree that Defendant shall have through and including June 18, 2025, to answer or otherwise plead to the Complaint.

Dated: May 15, 2025

| **Saul Ewing LLP** | **Butzel Long, P.C.** |
|---|---|
| /s/ *Paige N. Topper* | /s/ *Max J. Newman* |
| Evan T. Miller (DE Bar No. 5364) | Max J. Newman |
| Paige N. Topper (DE Bar No. 6470) | Zachary Revoldt |
| 1201 N. Market Street, Suite 2300 | 150 West Jefferson, Suite 100 |
| Wilmington, DE 19801 | Detroit, MI 48226 |
| Telephone: (302) 421-6800 | Telephone: (313) 983-7485 |
| evan.miller@saul.com | newman@butzel.com |
| paige.topper@saul.com | revoldtz@butzel.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |